Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> ANQINGTAXIANG, ASHARKCOSTUME, CHENGDUYAORONGZHENXUANMAOYIYOUXIANGONGSI, CHENWEIQI-US, FO SHAN SHI SI MA TE FU SHI YOU XIAN GONG SI, GUIZHOU LANGJIA TRADING CO., LTD., HZSY, LINCHEN4, LIWANGJUN, LIYIHUADIANPU, LOMON CARTOON, MACAENA, MILIUS, MOEYCO, MOYAG, PADDY FIELD, SHAYUSET, TAIANZHANZHENG, TUWANG, WENCHENG USA, XIANQILIANGMUWEILAIKEQI and 施六金 DE店 a/k/a SHILIUJIN STORE, <br><br> *Defendants* | **24-cv-6055 (DEH)** <br><br><br> **[PROPOSED]** <br> **UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this __22nd__ day of __August__, 2024.
New York, New York

                                                HON. DALE E. HO
                                                UNITED STATES DISTRICT JUDGE