UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>ANQINGTAXIANG, et al.,<br><br>                Defendants. | 24-CV-6055 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 12, 2024, the Court granted a sealed order that, among other things, required the parties to appear virtually for a show cause hearing on August 22, 2024, at 3:00 p.m. (E.T.). Due to unforeseen scheduling conflicts, the show cause hearing will now take place on the same date (**August 22, 2024**), but at **11:30 a.m. (E.T.)**, <u>not</u> at 3:00 p.m. (E.T.).

Plaintiff is directed to serve this Order on Defendants via means authorized by the Court's August 12, 2024, sealed order.

SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                                                    DALE E. HO
                                                United States District Judge