UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANQINGTAXIANG ET AL.,<br><br>                    Defendants. | 24-CV-6055 (DEH)<br><br><u>MEMORANDUM ORDER</u> |

DALE E. HO, United States District Judge:

    Plaintiff has represented by affidavit that it served most Defendants on August 23, 2024, *see* ECF Nos. 20-21, making the deadline to answer for most Defendants September 12, 2024. Since then, Plaintiff has voluntarily dismissed several defendants. *See* ECF Nos. 22-27. Neither Plaintiff nor Defendant has made an entry on the docket since September 27, 2024.

    By December 2, 2024, Plaintiff shall submit a letter to the Court identifying any remaining defendants in the above-captioned matter. If any defendants remain, Plaintiff shall explain its proposed next steps in this litigation, such as moving for default judgment. Default judgment procedures are described in Paragraph 4.h of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                              DALE E. HO
                                  United States District Judge