UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Pinkfong Company Inc., <br><br> Plaintiff, <br><br> v. <br><br> anqingtaxiang et al., <br><br> Defendants. | 24-CV-6055 (DEH) <br><br> MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the default judgment conference scheduled for July 23, 2025, at 2:00 P.M. EST is hereby **ADJOURNED** to **July 23, 2025, at 3:30 P.M. EST**.

Plaintiff is directed to serve this Order on the Hague Defendants electronically and file proof of service on the docket.

SO ORDERED.

Dated: July 22, 2025
New York, New York

DALE E. HO
United States District Judge